1  EDUARDO A. CALVO
   WILLIAM N. HEBERT
2  SHANE A. INTIHAR
   KEVIN O. MOON (*pro hac vice*)
3  CALVO & CLARK, LLP
   259 Martyr Street, Suite 100
4  Hagåtña, Guam 96910
   Tel: (671) 646-9355
5  Fax: (671) 646-9403

6

7
   Attorneys for Plaintiffs
8  WATTS CONSTRUCTORS, LLC AND
   WATTS-HEALY TIBBITTS A JV
9

10              **IN THE DISTRICT COURT OF GUAM**

11                   **TERRITORY OF GUAM**

12

13 WATTS CONSTRUCTORS, LLC, an Iowa        Case No. 10-00002
   limited liability company, and WATTS-
14 HEALY TIBBITTS A JV, a joint venture,

15        Plaintiffs,

16        v.                                **PLAINTIFFS' MEMORANDUM
                                            REGARDING SERVICE OF
17                                          MEMORANDUM OF POINTS AND
   PORT AUTHORITY OF GUAM, a Guam          AUTHORITIES IN OPPOSITION TO
18 public corporation,                     DEFENDANT'S MOTION TO
                                            DISMISS
19        Defendant.

20

21

22

23

24

25

26

27

28

## I. INTRODUCTION

On March 8, 2010 at 6:50 p.m. Plaintiffs Watts Constructors, LLC ("Watts") and Watts-Healy Tibbitts A JV (the "Joint Venture") through their counsel filed a Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss (the "Opposition Memo") with this Court through its on-line e-filing system. *See* Notice of Electronic Filing (the "E-filing Notice") attached hereto as Exhibit A. The Opposition Memo was, thereupon, entered into the docket by this Court's automated case management system as Document Number 16. *Id.* By filing the Opposition Memo via the Court's e-filing system, Plaintiffs' counsel intended to effect service upon Defendant Port Authority of Guam (the "Port") through its counsel which Plaintiffs' counsel understood to be registered or deemed registered to receive electronic service. (*See* ¶ 3 of Declaration of Shane A. Intihar in Support of Plaintiffs' Memorandum Regarding Service of Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss (filed herewith) ("Intihar Decl.").) Based upon certain discoveries made by Plaintiffs' counsel today, it now appears that the Port's counsel is not registered to receive electronic service and, thus, that Plaintiffs' March 8 filing with this Court failed to properly effect service upon the Port. (*Id.* at ¶ 4.) This mistake, as explained further below, was made in good faith and will in no way prejudice the Port. Accordingly, Plaintiffs request this Court to accept notice of the Opposition Memo served today on the Port.

## II. SOURCE OF MISUNDERSTANDING

On December 14, 2009, Deputy Clerk Virginia Kilgore provided a tutorial on how to properly utilize the Court's e-filing system to the administrative staff of Plaintiffs' counsel. (*Id.* at ¶ 5.) Following the tutorial, Plaintiffs' counsel understood (it now appears incorrectly) that beginning with the new year that every attorney that entered a written notice of appearance in a pending matter before this Court would be deemed to have registered to receive service electronically. (*Id.*) This view, albeit incorrect, nevertheless appeared to be supported by the Court's admonition that "[a]ll attorneys practicing in Guam need to complete a training session and registration process." *See* eFiling *at* http://www.gud.uscourts.gov/?q=efiling. As such, Plaintiffs' counsel believed that the Port through its counsel had consented to electronic service

1

1  pursuant to Fed. R. Civ. P. 5(a)(2)(E), U.S.D.C. Guam Gen. Orders 05-0012, 05-0013 and the
2  Administrative Procedures for the Electronic Filing, Signing, Verifying, and Servicing of Civil
3  and Criminal Documents (the "E-filing Procedures") adopted by this Court.  For this reason,
4  Plaintiffs' counsel believed that by filing the Opposition Memo electronically with this Court on
5  March 8 its also simultaneously effected service on the Port's counsel.  (Intihar Decl. at ¶ 6.)

6       As part of the e-filing process, the Plaintiffs' counsel selected the present case,
7  *Watts Constructors, LLC et al v. Port Authority of Guam; Case Number 1:10-cv-2*, from a drop
8  down menu on the Court's on-line e-filing system.  (*Id.* at ¶ 7.)  In doing so, the input fields were
9  populated with the names and addresses for both plaintiffs' and defendant's counsel.  Thus,
10 rather than indicate to Plaintiffs' counsel that the Port's counsel had not registered to receive
11 electronic service, this appeared to support its understanding of how the Court's new electronic
12 filing and service system operated. (*Id.*)

13 **III.   DISCOVERY OF MISTAKE**

14      Pursuant to section VI. A. of the E-filing Procedures, "three additional days [are]
15 allowed for responding…to electronic service."  Thus Plaintiffs' counsel anticipated that the Port
16 would file a reply on March 18.  When Plaintiffs' counsel had not been served with the Port's
17 reply brief by March 23, it emailed the Port's counsel to confirm that the Port had waived its
18 right to file a reply brief.  (Intihar Decl. at ¶ 8.)  This morning, counsel for the Port called to
19 inform Plaintiffs' counsel that the Port was never served with the Opposition Memo.  (*Id.*)
20 Plaintiffs' counsel, in turn, explained to the Port's counsel that it served the Opposition Memo
21 upon the Port's counsel electronically through the Court's electronic filing system.  (*Id.*) After
22 speaking with Port's counsel, Plaintiffs' counsel contacted the Court to confirm that the Port had
23 been served.   After discussing the matter with Deputy Clerk Kilgore, Plaintiffs' counsel
24 discovered for the first time that electronic service may only be effected on certain attorneys as
25 listed on the Court's website at   https://ecf.gud.uscourts.gov/reps/DCElecServ.htm.  Following
26 this discovery, Plaintiffs' counsel immediately reviewed this list and discovered that neither of
27 the Port's attorneys of record is listed. (*Id.* at ¶ 9.)  Immediately thereafter, Plaintiffs' counsel
28 served a hard copy of the Opposition Memo on the Port's counsel. (*Id.*)

2

*PLAINTIFFS' MEMORANDUM REGARDING SERVICE OF MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS*
368085

Case 1:10-cv-00002   Document 18   Filed 03/24/10   Page 3 of 7

IV.    **REQUEST FOR NOTICE**

Plaintiffs' counsel now recognizes as faulty its presumption that the Port through its counsel consented to electronic service and that (pursuant to Fed. R. Civ. P. 5 and section VI. B. of the E-filing Procedures) Plaintiffs should have served a hard copy version of the Opposition Memo on the Port's counsel on March 8. Nevertheless, because this Court has yet to set a date for hearing on the Port's motion to dismiss and thus the Port will have a full seven (7) days to respond to the Opposition Memo served upon it today (as is its right pursuant to Local Rule 7.1d2(B)) and because Plaintiffs' counsel at all times acted in good faith in attempting to use the Court's new e-filing system, Plaintiffs request that this Court take notice of the Opposition Memo filed with this Court on March 8 and served upon the Port through its counsel today. Pursuant to such notice by the Court, the Port would have until March 31 to file and serve its reply brief.

Dated this 24th day of March, 2010.

CALVO & CLARK, LLP
Attorneys for Plaintiffs
Watts Constructors, LLC and
Watts Healy Tibbitts A JV

By: _____
SHANE A. INTIHAR

*PLAINTIFFS' MEMORANDUM REGARDING SERVICE OF MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS*
368085

# EXHIBIT A

## Shane Intihar

| | |
|---|---|
| **From:** | charles_white@gud.uscourts.gov |
| **Sent:** | Monday, March 08, 2010 6:51 PM |
| **To:** | charles_white@gud.uscourts.gov |
| **Subject:** | Activity in Case 1:10-cv-00002 Watts Constructors, LLC et al v. Port Authority of Guam Opposition |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### Civil/Criminal CM/ECF System

### District Court of Guam

## Notice of Electronic Filing

The following transaction was entered by Intihar, Shane on 3/8/2010 at 6:50 PM CST and filed on 3/8/2010

| | |
|---|---|
| **Case Name:** | Watts Constructors, LLC et al v. Port Authority of Guam |
| **Case Number:** | 1:10-cv-2 |
| **Filer:** | Watts Constructors, LLC |
| | Watts-Healy Tibbitts A JV |
| **Document Number:** | 16 |

**Docket Text:**
**Opposition re [9] Memorandum in Support** *of Defendant's Motion to Dismiss* **by all plaintiffs.**

**1:10-cv-2 Notice has been electronically mailed to:**

Eduardo A. Calvo     ecalvo@calvoclark.com, ameno@calvoclark.com, atydingco@calvoclark.com, cclaw@calvoclark.com, creyes@calvoclark.com, mpereda@calvoclark.com

Shane A. Intihar     sintihar@calvoclark.com, ameno@calvoclark.com, atydingco@calvoclark.com, cclaw@calvoclark.com, creyes@calvoclark.com, mpereda@calvoclark.com

**1:10-cv-2 Notice has been delivered by other means to:**

Ignacio Cruz Aguigui
Lujan, Aguigui and Perez LLP
Suite 300, DNA Building

238 Archbishop Flores Street
Hagatna, GU 96910-

Kevin O. Moon
Calvo and Clark, LLP
One Lonbard Street, Second Floor
San Francisco, CA 94111

Rebecca Perez Santo Tomas
Lujan Aguigui and Perez LLP
Suite 300, DNA Building
238 Archbishop Flores Street
Hagatna, GU 96910

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\ameno\Desktop\Plaintiffs' Memorandum of Points and Authorities on Opposition to Defendant's Motion to Dismiss.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1088563379 [Date=3/8/2010] [FileNumber=130131-0]
[65187cd3b775ed03e61c842547788f366a04d39848b182cca5031ad6b3937dd19bb57
def48218e67277b126528787c2a9308bd530f8dd5dd80ad86a3881ec27c]]